

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Broderick Thomas Ackerman III, Appellant

No. 06-23-00012-CR     v.

The State of Texas, Appellee

Appeal from the 396th District Court of Tarrant County, Texas (Tr. Ct. No. 1652365D). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Ackerman pled "not true" to the allegations in the State's motion to adjudicate guilt. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Broderick Thomas Ackerman III, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 11, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk